

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Susan M. Pew, Esq.*
*Telephone: 516-747-0300 ext. 384*
*Email: spew@meltzerlippe.com*

November 13, 2025

<u>**Via ECF**</u>
Judge Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, New York 10007

   Re: *Forte Construction Corp. v. Distinctive General Contracting LLC d/b/a Advanced Polish System*, Case No. 1:24-cv-00727-ALC-JW

Dear Judge Willis:

  This firm represents plaintiff Forte Construction Corp. in the above-referenced action. In accordance with your Honor's Order, dated October 16, 2025, this correspondence shall serve as the parties' joint letter regarding the status of the parties' settlement in principle.

  Plaintiff Forte Construction Corp. has provided defendant Distinctive General Contracting LLC d/b/a Advanced Polished System with a proposed settlement agreement. The parties respectfully request that the Court stay all upcoming deadlines for a further 30 days so that the parties can finalize the terms of the settlement agreement.

  The parties thank the Court for its time and consideration.

Respectfully submitted,

Susan M. Pew, Esq.

> This request is GRANTED. SO ORDERED.
>
> _Jennifer E. Willis_
> JENNIFER E. WILLIS
> United States Magistrate Judge
> November 17, 2025

SP

_____

**Long Island | New York City | Boca Raton | Miami**