**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
FORTE CONSTRUCTION CORP.,

Plaintiff,

-against-

DISTINCTIVE GENERAL
CONTRACTING LLC, *et al.*,

Defendants.

------------------------------------------------------------------X

**ORDER**

**24-CV-727 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties are ordered to file a joint letter updating the Court on the status

of settlement negotiations by **February 4, 2026.**

SO ORDERED.

DATED:     New York, New York
           January 28, 2026

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge