**Meltzer Lippe**

MEL
190 W
www.

**This request is GRANTED. Discovery is further stayed until April 4, 2026. If the parties do not finalize their settlement before then, they are to file a joint status letter with the Court by that date. Lastly, the Court DENIES without prejudice Defendant's motion to compel at Dkt. No. 46. Defendant has leave to refile this motion to compel if the parties are unable to finalize the settlement agreement.**

**The Clerk of Court is respectfully respected to close Dkt. Nos. 46 and 57.**

SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
February 5, 2026

*Adam P. Wald, Esq.*
*Telephone: 516-747-0300 ext. 528*
*Email: awald@meltzerlippe.com*

*Via ECF*
Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 22(?)
New York, New York 10007

Re:     ***Forte Construction Corp. v. Distinctive General Contracting LLC d/b/a
Advanced Polish System,* Case No. 1:24-cv-00727-ALC-JW**

Dear Hon. Willis:

This firm represents plaintiff Forte Construction Corp. ("Forte"). In accordance with the Court's January 28, 2026 Order, this correspondence shall serve as the parties' joint update as to the status of their settlement discussions.

Since the parties' most recent status update, they have exchanged drafts of a settlement agreement, resolving various disputed items in the process. While the draft settlement agreement remains subject to client approval, the parties are presently working through what they believe is the final remaining disputed item, which they expect will be resolved in the immediate future.

Without disclosing specific terms, the parties' draft settlement agreement contemplates the filing of a stipulation of dismissal upon the clearance of a payment to be made within a fixed period of the settlement agreement's execution. The parties therefore respectfully request that the Court stay all upcoming deadlines for a further 60 days so that they can finalize their settlement agreement and confirm clearance of the aforementioned payment.

The parties thank the Court for its time, courtesy, and consideration.

Respectfully,

Adam P. Wald, Esq.

APW/sp

cc: All Counsel of Record (via ECF)

_____

**Long Island   |   New York City   |   Boca Raton   |   Miami**